**JS-6**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| RAYMOND TARVERDYAN,<br><br>Petitioner,<br><br>v.<br><br>MARKWAYNE MULLIN, Secretary, Department of Homeland Security, et al.,<br><br>Respondents. | Case No. 5:26-cv-04257-DTB<br><br>**J U D G M E N T** |

Pursuant to the Order Granting Petition for Writ of Habeas Corpus,

IT IS ADJUDGED that the Petition is granted and a writ shall be issued requiring Respondents to immediately release Petitioner Raymond Tarverdyan (A # 028-236-775) from ICE custody under the same Order of Supervision, restoring him to the same supervision conditions and restrictions that existed prior to his re-detention.

Respondents are enjoined and restrained from re-detaining Petitioner absent any of the following: (a) Petitioner's violation of his conditions of release pursuant to 8 C.F.R. § 241.13(i)(1); (b) a showing of changed circumstances under 8 C.F.R §

241.13(i)(2) beyond the mere request for travel documents; (c) a determination by an authorized official that any of the conditions of 8 C.F.R. § 241.4(1)(2) are satisfied; or (d) other circumstances authorizing detention under applicable law.

Respondents shall file a status report within two (2) business days to confirm that Petitioner has been released from custody pursuant to the Order Granting Petition for Writ of Habeas Corpus.

DATED: August 17, 2026

DAVID T. BRISTOW
UNITED STATES MAGISTRATE JUDGE